## STATE OF CONNECTICUT *v.* KATHLEEN PAMELA LAVIGNE

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 190 (AC 29098), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's instructions as to General Statutes § 53a-123 (a) (5) were not improper when the defendant was the joint owner of the subject bank account?"

The Supreme Court docket number is SC 18675.

*Martin Zeldis*, public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* RONALD MORALES

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 767 (AC 30360), is denied.

*Heather M. Wood*, assistant public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* CALVIN N.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 122 Conn. App. 216 (AC 29020), is denied.